DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY JOHN BUTLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2148

[May 27, 2021]

Appeal of an order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502011CF000741A.

Ana M. Davide of Ana Davide Law, Miami, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***